# IN THE SUPREME COURT OF THE STATE OF NEVADA

LEE E. SZYMBORSKI,
        Appellant,

vs.

SPRING MOUNTAIN TREATMENT CENTER,
        Respondent.

No. 80243

**FILED**

JAN 06 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an order denying a motion to stay discovery. Eighth Judicial District Court, Clark County; Trevor L. Atkin, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order denying a motion to stay discovery. This court lacks jurisdiction, and

ORDERS this appeal DISMISSED.[1]

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

---

[1]Appellant's motion for a stay of the district court proceedings is denied as moot.

cc:   Hon. Trevor L. Atkin, District Judge
       Lee E. Szymborski
       Hall Prangle & Schoonveld, LLC/Las Vegas
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A